Progressive Composition Co. *v.* Lithographic Publications, Inc., Appellant.

Before ROSENBERG, J., without a jury.

Argued March 18, 1969. *Robert Lewis Seigle,* for appellant; *Stephen R. Bolden,* with him *Fell, Spalding, Goff & Rubin,* for appellee.

Judgment affirmed.

Rengel *v.* Pearson, Appellant.

Before WOODRING, J.

Argued March 18, 1969. *Francis H. S. Ede,* for appellant; *William G. Ross,* with him *Mindlin, Sigmon, Briody & Litner,* for appellees; *Robertson B. Taylor,* with him *Kolb, Holland, Antonelli & Heffner,* for appellee.

Judgment affirmed.

Smith, Appellant, *v.* Jack Beasley Ford, Inc. et al.

Argued March 17, 1969. *Newton C. Taylor,* with him *Taylor & Taylor,* for appellant; *John Geiser,* with him *William W. Litke,* and *Litke, Gettig, Flood & Geiser,* for appellees.

Order affirmed.